UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| New World Resources N.V., | Case No. 14-12226 (SMB) |
| Debtor in a Foreign Proceeding. | |

**ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE
2002 (m) AND (q) AND 9007 SCHEDULING HEARING AND SPECIFYING
FORM AND MANNER OF SERVICE OF NOTICE**

Upon the application (the "Application")[1] of Boudewijn Wentink (the "Petitioner"), filed on July 30, 2014, in his capacity as Foreign Representative in respect of the UK Proceeding for entry of an order (i) scheduling a hearing on the relief sought in the Petition for Recognition of Foreign Main Proceeding and Request for Related Relief (together with the Form of Voluntary Petition, the "Petition"), which was filed on July 30, 2014, and (ii) specifying the form and manner of service of notice thereof; it is hereby

ORDERED, that the Recognition Hearing shall be held before this Court in Room 723 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on September 9, 2014 at 10:00 a.m. (New York time); and it is further

ORDERED, that the form of notice of the Recognition Hearing annexed hereto as Exhibit "A" (the "Notice") is hereby approved; and it is further

ORDERED, that the notice requirements set forth in Section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or are hereby waived; and it is further

ORDERED, that copies of (i) the Notice and (ii) the Petition (collectively, the "Notice Documents") shall be served by the Foreign Representative by United States mail, first-class

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.

postage prepaid, upon the Debtor, the Office of the United States Trustee for the Southern District of New York, the Existing Trustees, the Security Agent, Counsel to the Ad Hoc Group, Counsel to CERCL and the Information Agent on or before August 4, 2014; and it is further

ORDERED, that responses or objections, if any, to the Petition shall be made in writing and shall set forth the basis therefor, and such responses or objections must be (i) filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408), and a hard copy of such response or objection to be sent to the Chambers of the Honorable Stuart M. Bernstein United States Bankruptcy Judge, and (ii) served upon WHITE & CASE LLP, 1155 Avenue of the Americas, New York, New York 10036-2787 (Attn: Richard A. Graham), U.S. counsel to the Petitioner; the Debtor, 115 Park Street, London, W1K 7AP, United Kingdom; WHITE & CASE LLP, 5 Old Broad Street, London ECN2N 1DW, United Kingdom, Counsel to the Debtor (Attn: Tim Lees); REED SMITH LLP, Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, United Kingdom (Attn: Elizabeth McGovern), Counsel to the Existing Trustees; NORTON ROSE FULBRIGHT LLP, 3 More London Riverside, London SE1 2AQ, United Kingdom (Attn: Yannis Erifillidis), Counsel to the Security Agent; FRESHFIELDS BRUCKHAUS DERINGER, 65 Fleet Street, London EC4Y 1HT, United Kingdom (Attn: Geoff O'Dea and Sean Lacey), Counsel to the Ad Hoc Group; LATHAM & WATKINS LLP, 885 Third Avenue, New York, NY 10022-4834

(Attn: Adam Goldberg), Counsel to CERCL; LUCID ISSUER SERVICES LIMITED , Leroy House, 436 Essex Road, London N1 3QP, United Kingdom (Attn: Sunjeeve Patel and Thomas Choquet), the Information Agent,  and the Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014; so as to be received on or before August 29, 2014 at 12:00 p.m., New York time; and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

Dated: July 31, 2014
New York, New York

/s/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

NEWYORK 9284181

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 15 |
| New World Resources N.V., | ) ) ) | Case No. 14-12226 (SMB) |
| Debtor in a Foreign Proceeding. | ) ) | |

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15
OF THE UNITED STATES BANKRUPTCY CODE AND
<u>MOTION FOR RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on July 30, 2014, Boudewijn Wentink (the "<u>Petitioner</u>"), in his capacity as the foreign representative in respect of a voluntary restructuring proceeding (the "<u>UK Proceeding</u>") concerning the Debtor currently pending before the Chancery Division (Companies Court) of the High Court of Justice of England and Wales (the "<u>UK Court</u>"), filed a Verified Petition for Recognition of Foreign Main Proceeding and Request for Related Relief (together with the Form of Voluntary Petition, the "<u>Petition</u>") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), with the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the UK Proceeding as a foreign main proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a) and 1525(a) of the Bankruptcy Code giving full force and effect to a scheme of arrangement and related agreements concerning the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Petition for **10 a.m. (New York time) on September 9, 2014** (the "<u>Recognition Hearing</u>").

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

    WHITE & CASE LLP          or        rgraham@whitecase.com
    1155 Avenue of the Americas
    New York, New York 10036-2787

      Telephone: (212) 819-8200
      Facsimile: (212) 354-8113
      Attn: Richard A. Graham

      **PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, setting forth the basis therefor, which response or objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408). A hard copy of such response or objection to be sent to the Chambers of the Honorable Stuart M. Bernstein United States Bankruptcy Judge, and (ii) served upon WHITE & CASE LLP, 1155 Avenue of the Americas, New York, New York 10036-2787 (Attn: Richard A. Graham), U.S. counsel to the Petitioner; the Debtor, 115 Park Street, London, W1K 7AP, United Kingdom; WHITE & CASE LLP, 5 Old Broad Street, London ECN2N 1DW, United Kingdom, Counsel to the Debtor (Attn: Tim Lees); REED SMITH LLP, Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, United Kingdom (Attn: Elizabeth McGovern), Counsel to the Existing Trustees; NORTON ROSE FULBRIGHT LLP, 3 More London Riverside, London SE1 2AQ, United Kingdom (Attn: Yannis Erifillidis), Counsel to the Security Agent; FRESHFIELDS BRUCKHAUS DERINGER, 65 Fleet Street, London EC4Y 1HT, United Kingdom (Attn: Geoff O'Dea and Sean Lacey), Counsel to the Ad Hoc Group; LATHAM & WATKINS LLP, 885 Third Avenue, New York, NY 10022-4834 (Attn: Adam Goldberg), Counsel to CERCL; LUCID ISSUER SERVICES LIMITED , Leroy House, 436 Essex Road, London N1 3QP, United Kingdom (Attn: Sunjeeve Patel and Thomas Choquet), the Information Agent, and the Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014; so as to be **received by no later than 12:00 p.m. (New York time), August 29, 2014**.

      **PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

      **PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

      **PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

      **PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of

adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may, if necessary be conducted as an evidentiary hearing.

**PLEASE TAKE FURTHER NOTICE** that additional information and updates in respect of the UK Proceeding are available to Noteholders at www.lucid-is.com/nwr, which Noteholders should regularly monitor for such information, updates and notices of important events.

Dated:   New York, New York
         July 30, 2014

                                          WHITE & CASE LLP

By:   /s/ Richard A. Graham

      Richard S. Kebrdle
      Richard A. Graham
      Thomas E. MacWright
      1155 Avenue of the Americas
      New York, New York 10036-2787
      Telephone: (212) 819-8200
      Facsimile: (212) 354-8113

      Attorneys for Boudewijn Wentink as
      Petitioner and Foreign Representative