**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 15 |
| | ) | |
| New World Resources N.V., | ) | Case No. 14-12226 (SMB) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

## ORDER CLOSING CASE

Upon consideration of the Final Report Pursuant to Federal Rule of Bankruptcy

Procedure 5009(c) (the "<u>Final Report</u>")[1] and request for entry of an order pursuant to sections

350 and 1517(d) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy</u>

<u>Code</u>") closing the above-captioned chapter 15 case (the "<u>Case</u>"), filed on March 11, 2015 by or

on behalf of Boudewijn Wentink, in his capacity as the duly-appointed and recognized Foreign

Representative herein; and it appearing that the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 1334 and 157 and the Amended Standing Order of Reference dated January 31,

2012, Reference M-431, <u>In re Standing Order of Reference Re: Title 11</u>, 12 Misc. 00032

(S.D.N.Y. Feb. 2, 2012) (Preska, C.J.); and it appearing that venue is proper before this Court

pursuant to 28 U.S.C. § 1410; and the Court having considered and reviewed the Final Report;

and it appearing that timely notice of the filing of the Final Report has been given to the Debtor,

the Office of the United States Trustee, Region 2, Counsel to the Security Agent, Counsel to the

Ad Hoc Group, Counsel to CERCL, Counsel to the Existing Trustees, and the Information

Agent, and that no other or further notice need be provided; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**FOUND**, that:

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Final Report.

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 and the Amended Standing Order of Reference dated January 31, 2012, Reference M-431,

In re Standing Order of Reference Re: Title 11, 12 Misc. 00032 (S.D.N.Y. Feb. 2, 2012) (Preska,

C.J.).

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(O) and (P).

3.      Venue is proper in this district pursuant to 28 U.S.C. § 1410.

4.      Appropriate notice of the filing of the Final Report was given, which notice is

deemed adequate for all purposes, and no other or further notice need be given.

5.      On September 9, 2014, this Court entered the Recognition Order recognizing the

UK Proceeding as a foreign main proceeding pursuant to section 1517(a) of the Bankruptcy

Code.

6.      Thirty days have passed since the Foreign Representative filed his certificate of

service in respect of the Final Report, no objections thereto have been filed, and the Case is

presumed to have been fully administered.

For all of the foregoing reasons and after due deliberation and sufficient cause appearing

therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that:

(A)      The Case is hereby closed pursuant to sections 350 and 1517(d) of the Bankruptcy

Code, subject to being reopened under section 350(b) of the Bankruptcy Code.

(B)      This Court shall retain its jurisdiction with respect to the effect, enforcement,

amendment, or modification of this Order or the Recognition Order, and with respect to the

effect and enforcement of the Scheme Sanction Order and the Scheme within the territorial

jurisdiction of the United States, and any request for additional relief and any request by an

entity for relief from the provisions of this Order, for cause shown, that is properly commenced

and within the jurisdiction of this Court.

Dated: New York, New York
      April 15th, 2015


                    /s/ STUART M. BERNSTEIN
                    HON. STUART M. BERNSTEIN
                    UNITED STATES BANKRUPTCY JUDGE

Americas 90464037 (2K)